# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,  Appellee,  v.  FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Community Bank & Trust of Cornelia, Georgia, CHARLES M. MILLER, and TRENT D. FRICKS,  Appellants. | No. 13-14228  **UNOPPOSED MOTION BY PLAINTIFF-APPELLEE ST. PAUL MERCURY INSURANCE COMPANY FOR EXTENSION OF TIME** |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, Plaintiff-Appellee St. Paul Mercury Insurance Company ("Travelers"), respectfully submits this Certificate of Interested Persons and Corporate Disclosure Statement.

1.     Appellant FDIC is an independent agency of the United States Government and a federal corporation established under 12 U.S.C. § 1811.

2.     Appellee St. Paul Mercury Insurance Company is a wholly owned subsidiary of The Travelers Companies, Inc. (TRV).

3.     The following is a complete list of the trial judge, attorneys, persons, associations of persons, firms, partnerships, and corporations that have or may have an interest in the outcome of this case:

Alston & Bird LLP

Arni, Dominic A.

Boles, Colleen J.

Boone, Richard W., Jr.

Bovis, Kyle, Burch & Medlin, LLC

Brunstad, G. Eric, Jr.

Church, John V.

Coates, Melanie D.

Community Bank and Trust – Alabama

Community Bank and Trust – West Georgia

Community Bankshares, Inc.

Davis, Kristin C.

Dechert LLP

Dickstein Shapiro LLP

Federal Deposit Insurance Corporation, as Receiver for Community Bank & Trust of Cornelia, Georgia

Federal Deposit Insurance Corporation, in its corporate capacity

Fricks, Trent D.

Hall, Austin M.

Harris, David A.

Hartness & Link PC

Hoard, Steven L.

Judge, Thomas J.

Keane, Kathryn Merrell

Kilpatrick Townsend & Stockton, LLP

Koss, Roberta

Lierly, Julie A.

Link, Frederick E.

Long, Robert R.

Loss, Judge & Ward, LLP

McCarley, Ellen P.

Merrell, Kathryn Zoe

Miller, Charles M.

Mullin Hoard & Brown, LLP

Norcross, Kathryn

O'Keeffe, Kate

Ognibene, Michelle

Pelley, Sarah D.

Reidy, Andrew M.

Serafin, Catherine J.

St. Paul Fire and Marine Insurance Company

St. Paul Mercury Insurance Company

Stewart, J. Douglas, Sr.

Stewart Melvin & Frost, LLP

Story, Hon. Richard W.

The Travelers Companies, Inc. (TRV)

Udell, Colin Beresford O'Connor

Veal, Gregory R.

Ward, Jeffrey J.

White, Tyechia L.

/s/ Thomas J. Judge

# UNOPPOSED MOTION BY PLAINTIFF-APPELLEE ST. PAUL MERCURY INSURANCE COMPANY FOR EXTENSION OF TIME

Pursuant to Federal Rule of Appellate Procedure 26(b) and Circuit Rule 26-1, Plaintiff-Appellee St. Paul Mercury Insurance Company (Travelers) moves for an extension of time in which to file its initial brief.  Defendant-Appellant Federal Deposit Insurance Corporation as Receiver for Community Bank & Trust ("FDIC-R") and Defendants-Appellants Charles M. Miller and Trent D. Fricks (collectively, the "D&O Defendants") do not oppose this motion.

In support of this motion, the undersigned counsel states as follows:

1.     The initial briefs of FDIC-R and the D&O Defendants originally were due on or before November 12, 2013.

2.     On October 29, 2013, the parties submitted a Joint Motion for Extension of Time.  The parties jointly requested to extend the deadline for the initial briefs of FDIC-R and the D&O Defendants to December 13, 2013.  The parties also jointly requested to set the deadline for Travelers' response brief on February 18, 2014, which was 65 days following their proposed deadline for the initial briefs of FDIC-R and the D&O Defendants.

3.     On November 8, 2013, the Clerk of Court returned the Joint Motion for Extension of Time unfiled, stating that, with respect to the briefs of FDIC-R and the D&O Defendants, the motion had become moot, and that, with respect to

1

Travelers' brief, a motion for extension of time could not be submitted until the briefs of FDIC-R and the D&O Defendants were filed.

4. On November 18, 2013, FDIC-R and the D&O Defendants requested and received a seven-day extension of time pursuant to 11th Circuit Rule 31-2(a), making their initial briefs due on or before December 17, 2013.

5. On December 10, 2013, FDIC-R and the D&O Defendants filed an Unopposed Motion for Extension of Time.  Because the D&O Defendants' counsel was involved in an automobile accident requiring treatment for injuries resulting from the accident, and because of holiday vacations of the D&O Defendants' and FDIC-R's counsel and support staff, FDIC-R and the D&O Defendants requested an extension of time for their initial briefs to January 10, 2014.

6. On December 17, 2013, the Court granted FDIC-R's and the D&O Defendants' motion for extension of time, rendering their initial briefs due on January 10, 2014.

7. FDIC-R and the D&O Defendants filed their initial briefs on January 10, 2014.

8. Travelers' response brief currently is due on or before February 12, 2014.

9. Under Federal Rule of Appellate Procedure 26(b), a party may move for an extension of time for any act prescribed by the rules so long as the party

2

shows "good cause." FDIC-R and the D&O Defendants had 115 days to prepare their briefs since they filed their notices of appeal on September 17, 2013. They have filed two separate briefs. FDIC-R's brief includes 30 pages of text and citations to over forty cases. The D&O Defendants' brief includes 29 pages of text and citations to over fifty cases. Between January 10, 2014 and the present due date for Travelers' response brief, Travelers' counsel in this matter have various previously established commitments and deadlines, including participating in two oral arguments in the U.S. Supreme Court, filing a brief in the U.S. Supreme Court, and preparing another brief for a different matter before this Court. Under these circumstances, there is good cause to provide Travelers with 60 days (rather than the usual 30 days) to prepare its brief for this case. Accordingly, Travelers respectfully requests to extend the deadline for its brief to March 11, 2014.

10.     Travelers has communicated with counsel for FDIC-R and the D&O Defendants about this extension of time, and FDIC-R and the D&O Defendants do not oppose this motion for extension of time or the proposed deadline for Travelers' brief.

11.     Travelers respectfully submits that this requested extension will not materially delay the resolution of the case and will allow Travelers to address fully in its brief the issues that are presented in this appeal, thereby aiding the Court in the orderly disposition of this matter. Also, Travelers does not believe that the

proposed extension of time will adversely impact the Court's interest in managing its docket, the pace of litigation, or the interests of justice.

    12.    This is Travelers' first request for an extension of time regarding its brief.[1]

Accordingly, Travelers respectfully requests that the Court grant this Unopposed Motion for Extension of Time, and issue an order setting March 11, 2014 as the deadline for the Travelers' brief.

Date:  January 23, 2014          Respectfully submitted,

                                       /s/ Thomas J. Judge

                                       Thomas J. Judge
                                       Loss, Judge & Ward, LLP
                                       1133 21st Street, NW
                                       Suite 450
                                       Washington, DC 20036
                                       Phone:       (202) 778-4060
                                       Fax:           (202) 778-4099
                                       tjudge@ljwllp.com

                                       G. Eric Brunstad, Jr.
                                       Dechert LLP
                                       90 State House Square
                                       Hartford, CT 06013
                                       Phone:       (860) 524-3960
                                       Fax:           (860) 394-4189
                                       eric.brunstad@dechert.com

---

[1] As noted above, the parties submitted a joint motion on October 29, 2013 that would have requested an extension of time providing Travelers with 65 days to prepare and file its brief, but the Clerk of Court returned that motion unfiled.

                Gregory R. Veal
                Bovis, Kyle, Burch & Medlin, LLC
                200 Ashford Center North, Suite 500
                Atlanta, GA 30338
                Phone:     (770) 391-9100
                Fax:       (770) 688-0878
                grv@boviskyle.com

                *Counsel for Appellee*
                *St. Paul Mercury Insurance Company*

5

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2014, a copy of the foregoing was filed electronically using the CM/ECF system, which will send a Notice of Electronic Filing to all participants who are registered CM/ECF users.


      /s/ Thomas J. Judge